DANIEL J. BRODERICK, #89424
Federal Defender
DENNIS S. WAKS, BAR #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
TROY TAYLOR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>            Plaintiff,  )<br>  )<br>     v.  )<br>  )<br>TROY TAYLOR,  )<br>  )<br>            Defendant.  )<br>_____ | CR.S. 10-215-JAM<br><br>STIPULATION AND ORDER<br>TO EXTEND TIME FOR STATUS<br>CONFERENCE AND EXCLUDE TIME<br><br>DATE: January 25, 2011<br>Time: 9:30 a.m.<br>Judge: John A. Mendez |

Defendant TROY TAYLOR, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, MATTHEW C. STEGMAN, Assistant United States Attorney, hereby stipulate that the status conference set for December 7, 2010, be rescheduled for a status conference on Tuesday, January 25, 2011, at 9:30 a.m.

This continuance is being requested because defense counsel requires additional time to review discovery, discuss the case with the government, and pursue investigation.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for January

1

25, 2011, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv), [reasonable time to prepare] (Local Code T4).

DATED: December 3, 2010

                                          Respectfully Submitted,

                                          DANIEL J. BRODERICK
                                          Federal Defender

                                          /s/ Dennis S. Waks
                                          Supervising Assistant
                                          Federal Defender
                                          Attorney for Defendant
                                          TROY TAYLOR

DATED:  December 3, 2010          BENJAMIN B. WAGNER
                                          United States Attorney

                                          /s/  Dennis S. Waks for
                                          MATTHEW C. STEGMAN
                                          Assistant U.S. Attorney

**SO ORDERED.**

Dated: December 3, 2010

                                          /s/ John A. Mendez
                                          JOHN A. MENDEZ
                                          United States District Court Judge