```
DANIEL J. BRODERICK, #89424
Federal Defender
DENNIS S. WAKS, BAR #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
TROY TAYLOR
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:10-cr-0215 KJM |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | TO EXTEND TIME FOR STATUS |
| v. ) | CONFERENCE AND EXCLUDE TIME |
| ) | |
| TROY TAYLOR, ) | DATE: March 17, 2011 |
| ) | Time: 10:00 a.m. |
| Defendant. ) | Judge: Kimberly J. Mueller |

Defendant TROY TAYLOR, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, MATTHEW C. STEGMAN, Assistant United States Attorney, hereby stipulate that the status conference set for January 25, 2011 at 9:30 a.m. before Judge John A. Mendez, be rescheduled for a status conference on Thursday, March 17, 2011, at 10:00 a.m before Judge Kimberly J. Mueller.  This continuance is being requested because defense counsel requires additional time to review discovery, discuss the case with the government, and pursue investigation.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for March 17,

/ / /

1 | 2011, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv), [reasonable
2 | time to prepare] (Local Code T4).
3 | DATED: January 24, 2011

Respectfully Submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Dennis S. Waks
Supervising Assistant
Federal Defender
Attorney for Defendant
TROY TAYLOR

DATED: January 24, 2011                BENJAMIN B. WAGNER
                                       United States Attorney

/s/  Dennis S. Waks for
MATTHEW C. STEGMAN
Assistant U.S. Attorney

**SO ORDERED.**

Dated: January 25, 2011

/s/ KIMBERLY J. MUELLER
KIMBERLY J. MUELLER
U.S. District Judge