```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
TROY TAYLOR
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 2:10-cr-00215-KJM |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER RE:** |
| ) | **CONTINUANCE OF SENTENCING AND** |
| v. ) | **SCHEDULE OF PRESENTENCE REPORT** |
| ) | |
| TROY TAYLOR, ) | DATE:  June 2, 2011 |
| ) | TIME:  10:00 a.m. |
| Defendant. ) | JUDGE: Hon. Kimberly J. Mueller |
| ) | |
| _____ ) | |

It is hereby stipulated and agreed to between the United States of America through MATTHEW STEGMAN, Assistant U.S. Attorney, and defendant, TROY TAYLOR, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, that the sentencing hearing set for Thursday, June 2, 2011, be rescheduled to Thursday, June 30, 2011, at 10:00 a.m..

This continuance is being requested because counsel for the defendant needs additional time to go over the presentence report and to meet with Mr. Taylor about the report.

/ / /

/ / /

/ / /

1    The following will be the new schedule for filing of objections to
2 the Presentence Report:

3 | | **OLD DATE** | **NEW DATE** |
|---|---|---|
| Counsel's Written Objections to the Presentence Report | May 5, 2011 | June 2, 2011 |
| The Presentence Report - Final | May 12, 2011 | June 9, 2011 |
| Motion for Correction of the Presentence Report | May 19, 2011 | June 16, 2011 |
| Reply, or Statement of Non-Opposition | May 26, 2011 | June 23, 2011 |

10   United States Probation Officer, Thomas Brown has no objection to
11 the new scheduled dates.

13 DATED: May 5, 2011            Respectfully submitted,

14                               DANIEL J. BRODERICK
                                 Federal Defender
15
                                 /S/ Dennis S. Waks
16                               _____
                                 DENNIS S. WAKS
17                               Supervising Assistant Federal Defender
                                 Attorney for Defendant
18                               TROY TAYLOR

19
   DATE: May 5, 2011             BENJAMIN B. WAGNER
20                               United States Attorney

21
                                 /S/ Dennis S. Waks for
22                               _____
                                 MATTHEW STEGMAN
23                               Assistant United States Attorney

24
                        **O R D E R**
25 IT IS SO ORDERED.

26 Dated:  May 9, 2011.
27                                _____
                                 UNITED STATES DISTRICT JUDGE
28

2