```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  DENNIS S. WAKS, Bar #142581
   Supervising Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   TROY TAYLOR
6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 2:10-cr-00215-KJM |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER RE:** |
| | ) **CONTINUANCE OF SENTENCING AND** |
| v. | ) **SCHEDULE OF PRESENTENCE REPORT** |
| TROY TAYLOR, | ) DATE: June 30, 2011 |
| | ) TIME: 10:00 a.m. |
| Defendant. | ) JUDGE: Hon. Kimberly J. Mueller |

It is hereby stipulated and agreed to between the United States of America through MATTHEW STEGMAN, Assistant U.S. Attorney, and defendant, TROY TAYLOR, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, that the sentencing hearing set for Thursday, June 30, 2011, be rescheduled to Thursday, July 14, 2011, at 10:00 a.m..

This continuance is being requested because the parties need additional time to discuss an issue concerning restitution.

/ / /

/ / /

/ / /

/ / /

1    United States Probation Officer, Thomas Brown has no objection to
2 the new scheduled date.
3 DATED: June 27, 2011           Respectfully submitted,
4                                DANIEL J. BRODERICK
                                 Federal Defender
5
                                 /S/ Dennis S. Waks
6                                _____
                                 DENNIS S. WAKS
7                                Supervising Assistant Federal Defender
                                 Attorney for Defendant
8                                TROY TAYLOR
9
   DATE: June 27, 2011           BENJAMIN B. WAGNER
10                               United States Attorney
11
                                 /S/ Dennis S. Waks for
12                               _____
                                 MATTHEW STEGMAN
13                               Assistant United States Attorney
14
                                    **O R D E R**
15 IT IS SO ORDERED.
16 Dated: June 29, 2011.
17                               _____
                                 UNITED STATES DISTRICT JUDGE
18
19
20
21
22
23
24
25
26
27
28

2